**Order entered April 29, 2021**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-21-00241-CV**

**CITY OF DALLAS, Appellant**

**V.**

**OXLEY LEASING NORTH LOOP, LLC, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-15606**

**ORDER**

Before the Court is appellant's April 28, 2021 motion for extension of time to file its brief. Because this is an accelerated appeal, we **GRANT** the motion to the extent that we **ORDER** the brief be filed no later than June 1, 2021.

/s/    CRAIG SMITH
         JUSTICE